**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MULHERN,

Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-769 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant's motion to enforce the settlement agreement at Dkt. No. 22. Plaintiff is ordered to respond with his position by **September 9, 2026**.

SO ORDERED.

DATED: New York, New York
August 28, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge